IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                      Case No. 1:11cr16-MW/GRJ-1

ALEXANDER BENJAMIN RODRIGUEZ,

    **Defendant.**
_____/

**ORDER DENYING MOTION TO TERMINATE
DEFENDANT'S SUPERVISED RELEASE TERM**

    This Court has considered, without hearing, Defendant's pro se Motion to Terminate Defendant's Supervised Release Term, ECF No. 457, and the Government's Response to Defendant's Motion, ECF No. 458. The motion is **DENIED**. While it is within this Court's discretion to terminate early, this Court chooses not to exercise its discretion to terminate early based on the record in this case.

    **SO ORDERED on October 21, 2015.**

                                                   s/Mark E. Walker_____
                                                   **United States District Judge**